*E-Filed 9/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD CUNHA, | No. C 10-3679 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| HUMBOLDT COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to pay the filing fee, or file a complete application to proceed *in forma pauperis* ("IFP"), within 30 days of the date when his complaint was filed. That time having passed, plaintiff still has not paid the filing fee, and has filed an incomplete IFP application, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, though he has filed a certificate of funds completed and signed by an authorized prison officer, and the appropriate IFP form. Accordingly, the action is DISMISSED without prejudice to plaintiff's filing of a prison trust account statement

showing transactions for the last six months, or paying the filing fee of $350.00.  Plaintiff's motions to proceed IFP (Docket Nos. 2 & 4) are DENIED.  This order terminates Docket Nos. 3 & 4.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED:  September 28, 2010

_____
RICHARD SEEBORG
United States District Judge